

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       In re Sheri Bernstein

Appellate case number:   01-14-00821-CV

Trial court case number:  2014-30979

Trial court:                      311th District Court of Harris County

The Court requests a response to Relator's motion for emergency relief filed October 8, 2014. The response, if any, is due October 13, 2014.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                              X  Acting individually

Date:  October 8, 2014